**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv217**

| | | |
|---|---|---|
| **MICHAEL RIDOLFO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **BK BEVERAGES, LLC and** | ) | |
| **BOOKOO BEVERAGES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the Mediator's Certification of

ADR Session [Doc. 23], in which the Mediator advises that the case has

been completely settled.

   Based on the Certification of ADR Session, **IT IS, THEREFORE,**

**ORDERED** that the parties shall file a stipulation of dismissal on or before

**September 8, 2008.**

                                        Signed: August 12, 2008

                                        Martin Reidinger
                                        United States District Judge